**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**E-FILED on**   06/15/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CONGREGATION BETH AARON, DERIVATIVELY ON BEHALF OF YAHOO! INC.,

                    Plaintiff,

        v.

JERRY YANG, RON BURKLE, ROBERT KOTICK, GARY WILSON, MAGGIE WILDEROTTER, ROY BOSTOCK, ERIC HIPPEAU, ARTHUR R. KERN, EDWARD KOZEL, and VYOMESH JOSHI,

                    Defendants.

No. C-08-05438 RMW

JUDGMENT

On June 15, 2009, the court entered its order dismissing this action.  Therefore,

IT IS HEREBY ordered that plaintiff shall take nothing by way of its complaint and that

judgment be entered in favor of all defendants.

DATED:        06/15/09

_Ronald M Whyte_

RONALD M. WHYTE
United States District Judge

JUDGMENT —No. C-08-05438 RMW
JAS

**United States District Court**
For the Northern District of California

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiff:**

3
4

Betsy Carol Manifold          manifold@whafh.com
Francis M. Gregorek          gregorek@whafh.com
Rachele R. Rickert          rickert@whafh.com

5

**Counsel for Defendants:**

6
7

Robert Leo Dell Angelo          robert.dellangelo@mto.com
Garrett J. Waltzer          gwaltzer@skadden.com
James Elliot Lyons          jlyons@skadden.com

8
9

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10

11

12

**Dated:**          06/15/09                              JAS
                                                         **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT —No. C-08-05438 RMW
JAS                                              2