UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONGREGATION BETH AARON, Derivatively on Behalf of Yahoo! Inc., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JERRY YANG; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> YAHOO! INC., <br><br> Nominal Defendant - Appellee. | No. 09-16499 <br><br> D.C. No. 5:08-cv-05438-RMW <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |



The judgment of this Court, entered October 21, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk